# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533
214.969.1700
www.tklaw.com

Austin
Dallas
Fort Worth
Houston
Los Angeles
New York
San Francisco

Algiers
London
Monterrey
Paris

Direct Dial: 214.969.2515
Direct Fax: 214.999.1552
E-Mail: michael.stockham@tklaw.com

August 26, 2014

*Via e-Mail*

Lawrence J. Friscia, Esq.
Friscia & Associates, LLC
45 Academy Street, Suite 401
Newark, New Jersey 07102

    Re:  *Michael Urbino, on behalf of himself and all others similarly situated v. Ambit Energy, L.P., Ambit Texas, LLC, and Ambit Northeast d/b/a Ambit Energy*; No. 3:14-cv-05184-MAS-DEA; In the United States District Court for the District of New Jersey

Counsel:

    Enclosed are signed Waivers of the Service of Summons to the Defendants in the above matter. Please file this letter with them so that the Clerk of the United States District Court for the District of New Jersey will have the correct contact information for Defense Counsel, who are:

> Stephen C. Rasch
> stephen.rasch@tklaw.com
> Michael W. Stockham
> michael.stockham@tklaw.com
> THOMPSON & KNIGHT LLP
> 1722 Routh Street, Suite 1500
> Dallas, Texas 75201
> 214.969.1700 phone
> 214.979.1751 fax

Mr. Rasch and I will be completing our *pro hac vice* motions in the near future.

                                                Very truly yours,

                                                Michael Stockham

MWS:sc
518218 000010 10842558.1
enclosures

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Michael Urbino
*Plaintiff*
v.
Ambit Energy, L.P., et al.
*Defendant*

Civil Action No. 3:14-CV-05184-MAS-DEA

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Minkove, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 08/26/2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 08/26/2014

Ambit Energy, L.P.
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Michael Stockham
*Printed name*
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Address*

michael.stockham@tklaw.com
*E-mail address*

(214) 969-2515
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Michael Urbino
*Plaintiff*
v.
Ambit Energy, L.P., et al.
*Defendant*

Civil Action No. 3:14-CV-05184-MAS-DEA

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Minkove, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 08/26/2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 08/26/2014

Ambit Texas, LLC
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Michael Stockham
*Printed name*
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
*Address*

michael.stockham@tklaw.com
*E-mail address*

(214) 969-2515
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of New Jersey ▼

| | |
|---|---|
| Michael Urbino ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:14-CV-05184-MAS-DEA |
| Ambit Energy, L.P., et al. ) | |
| *Defendant* ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Minkove, Esq.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/26/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   08/26/2014                                         _____[signature]_____
                                                                                    *Signature of the attorney or unrepresented party*

Ambit Northeast, LLC d/b/a Ambit Energy                    Michael Stockham
*Printed name of party waiving service of summons*          *Printed name*
                                                                                    One Arts Plaza
                                                                                    1722 Routh Street, Suite 1500
                                                                                    Dallas, TX 75201
                                                                                    *Address*

                                                                                    michael.stockham@tklaw.com
                                                                                    *E-mail address*

                                                                                    (214) 969-2515
                                                                                    *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.