UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MICHAEL URBINO,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**AMBIT ENERGY, L.P., AMBIT TEXAS, LLC, and AMBIT NORTHEAST d/b/a AMBIT ENERGY,**<br><br>Defendants. | Case No. 3:14-cv-05184-MAS-DEA |

### PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO AMEND COMPLAINT

Plaintiff Michael Urbino, respectfully requests the Court, to extend the time within which Plaintiff may amend the Complaint, in lieu of responding to the Motion to Dismiss, by 14 days to Dec 1, 2014.

Plaintiff has requested Defendants' consent for an extension of time to file the Amended Complaint, however Defendants have denied Plaintiff's request.  There have been significant factual developments since Plaintiff filed suit in August 2014, The Amended Complaint will add additional plaintiffs as well as factual details to already pled allegations. Defendants will in no way be prejudiced if the changes are allowed at this point in the proceedings.

For the reasons identified above, Plaintiff requests that the Court grant Plaintiff's request for extension to file an amended complaint.

Dated: November 17, 2014

1

| | |
|---|---|
| CUNEO GILBERT & LADUCA, LLP | FRISCIA & ASSOCIATES, LLC |
| By: /s/ Charles J. LaDuca<br>Charles J. LaDuca<br>8120 Woodmont Avenue<br>Suite 810<br>Bethesda, MD 20814<br>Telephone:  (202) 789-3960<br>Email: charles@cuneolaw.com | By: /s/ Jonathan Minkove<br>Jonathan Minkove<br>45 Academy Street<br>Suite 401<br>Newark, NJ 070102<br>Telephone: (973) 500-8024<br>Email: jon.minkove@friscialaw.com |

*Attorneys for Plaintiff Michael Urbino*

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2014, a copy of the foregoing was served on the following via the Court ECF System:

Christina Oksana Hud
Jeffrey A. Carr
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Email: hudc@pepperlaw.com
Email: carrj@pepperlaw.com

*Attorneys for Defendants*
*Ambit Texas, LLC and Ambit Energy*