**Stockham, Michael**

| | |
|---|---|
| **From:** | Jon Minkove <jon.minkove@friscialaw.com> |
| **Sent:** | Friday, November 14, 2014 12:39 PM |
| **To:** | Stockham, Michael |
| **Cc:** | Lawrence Friscia |
| **Subject:** | Consent to file amended complaint within 30 days |

Michael,

As discussed, we are requesting your consent to file an amended complaint within 30 days. A stip could state that your Motion to Dismiss be withdrawn upon service of the amended complaint.  As you are aware, the Motion to Dismiss has been carried to 12/15 and our deadline to respond to that is 12/1. Please let us know.

Thanks,


Jonathan Minkove
Friscia & Associates LLC

New Jersey Location
45 Academy Street
Suite 401
Newark, New Jersey 07102
Tel.: (973) 500-8024
Fax: (888) 809-3747
jon.minkove@friscialaw.com

www.friscialaw.com


The information contained in this communication is confidential and may be legally privileged. It is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. If you are not the intended recipient you are hereby (a) notified that any disclosure, copying, distribution or taking any action with respect to the content of this information is strictly prohibited and may be unlawful, and (b) kindly requested to inform the sender immediately and destroy any copies. Friscia & Associates LLC is neither liable for the proper and complete transmission of the information contained in this communication nor for any delay in its receipt.