UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL URBINO, on behalf of himself and all others similarly situated, | : |
| Plaintiff, | : Civil Action No.: 14-5184 (MAS) (DEA) |
| v. | : |
| AMBIT ENERGY, L.P., AMBIT TEXAS, LLC, and AMBIT NORTHEAST d/b/a AMBIT ENERGY, | : ORDER |
| Defendants. | : |

This matter comes before the Court upon Defendants' motion to dismiss. (ECF No. 9.) On December 1, 2014, Plaintiff filed an amended complaint, which now serves as the operative pleading in the matter. In consideration of the foregoing, and for other good cause shown,

**IT IS** on this 2nd day of December 2014,

**ORDERED THAT:**

1. Based on the new operative pleading in this matter, Defendants' motion to dismiss is terminated without prejudice as moot.

2. Defendants shall answer or otherwise respond to the amended complaint within the time frame set forth in the rules.

/s/ Michael A. Shipp

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**