# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL URBINO and BRIAN WHITNEY, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>AMBIT ENERGY HOLDINGS, LLC, AMBIT TEXAS, LLC, AMBIT NORTHEAST LLC, and AMBIT NEW YORK, LLC,<br><br>               Defendants. | Civil Action No. 3:14-cv-05184-MAS-DEA<br><br>**Jury Trial Demanded**<br>**Oral Argument Requested**<br>**Motion Day:  February 2, 2015** |

## NOTICE OF MOTION TO DISMISS
## PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that on February 2, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants Ambit Energy Holdings, LLC; Ambit Texas, LLC; Ambit Northeast, LLC; and Ambit New York, LLC (collectively, "Defendants") will move for an order dismissing Plaintiffs' First Amended Class Action Complaint.

Defendants will rely on the brief in support of the relief sought in the proposed order filed and served with this notice of motion.

Respectfully submitted,

_____
Joanna J. Cline
(NJ Bar No. 031131998)
Jeffrey A. Carr
(NJ Bar No. 021521998)
Christina O. Hud
(NJ Bar. No. 11932011)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
*and*
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Tel.:  215.981.4000
Fax:  215.981.4750
clinej@pepperlaw.com
carrj@pepperlaw.com
hudc@pepperlaw.com

Stephen C. Rasch
(Texas Bar No. 16551420)
*Pro Hac Vice*
Michael W. Stockham
(Texas Bar No. 24038074)
*Pro Hac Vice*
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, NY 10022-4728
Telephone: 212.751.3014
Facsimile: 214.999.1592
Stephen.rasch@tklaw.com
Michael.stockham@tklaw.com

*Attorneys for Defendants*

Dated: December 29, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the following document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules by ECF on this 29th day of December, 2014.

Respectfully Submitted,

_____

Joanna J. Cline
(NJ Bar No. 031131998)
Jeffrey A. Carr
(NJ Bar No. 021521998)
Christina O. Hud
(NJ Bar. No. 11932011)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
*and*
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Tel.:  215.981.4000
Fax:  215.981.4750
clinej@pepperlaw.com
carrj@pepperlaw.com
hudc@pepperlaw.com

Stephen C. Rasch
(Texas Bar No. 16551420)
*Pro Hac Vice*

Michael W. Stockham
(Texas Bar No. 24038074)
*Pro Hac Vice*
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, NY 10022-4728
Telephone: 212.751.3014
Facsimile: 214.999.1592
Stephen.rasch@tklaw.com
Michael.stockham@tklaw.com

*Attorneys for Defendants*